UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-20052-FAM

YESICA PERAZA,
        Plaintiff,
v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
POLLACK & ROSEN P.A., JOSEPH F. ROSEN, ESQ.,
DAVID MICHEAL KAMINSKI, ESQ.,
MELANIE WASEMAN, ESQ.

        Defendants.
_____/

## PRPA DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Defendants, Pollack & Rosen P.A., Joseph F. Rosen, Esq., David Michael Kaminski, Esq., and Melanie Waseman, Esq. (the "PRPA Defendants), by and through the undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, respectfully requests this Honorable Court enter an Order extending the PRPA Defendants' deadline to respond to the Plaintiff's Complaint, and in support thereof states as follows:

1.    Plaintiff, acting *pro-se*, filed and served a fifteen (15) page complaint setting forth detailed factual recitals regarding failure to provide debt verifications when requested, among other alleged violations of the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act.

2.    Due to a medical emergency that resulted in the hospitalization of PRPA's in-house risk management contact, undersigned counsel was only today able to communicate with the relevant individuals at Pollack & Rosen P.A. regarding the allegations in the Plaintiff's initial complaint and has not received the physical file relating to the facts alleged in the Complaint. A

review of the records is necessary to prepare an accurate response to the Plaintiff's claims and to evaluate whether a Motion to Strike the Plaintiff's claims as a sham is appropriate.

3. As a result, the undersigned respectfully requests the deadline to respond to the Plaintiff's Complaint be continued to February 26, 2019 to allow sufficient time for a response to be prepared and filed with this Court.

4. This Motion is brought in good faith, is not for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced if the Court grants this Motion.

**WHEREFORE**, the PRPA Defendants respectfully requests that this Honorable Court grant this motion and extend their deadline to respond to the Complaint in this matter to February 26, 2019.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3), the undersigned counsel for the PRPA Defendants hereby certifies that he has attempted to confer with the Pro-Se Plaintiff via email (no telephone number has been provided) to resolve the issue presented in this Motion and states that as of the filing of this motion, no response was received from the Plaintiff.

Dated: February 6, 2019
Boca Raton, FL

Respectfully submitted,

**SHENDELL & POLLOCK, P.L.**
*Attorneys for the PRPA Defendants*
2700 North Military Trail - Suite 150
Boca Raton, Florida 33431
Phone: (561) 241-2323
Fax:    (561) 241-2330
Email:  Matt@shendellpollock.com

By:   /s/ Matt Tornincasa
MATT TORNINCASA, ESQ.
Florida Bar No. 0057698

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using Florida Court's E-Filing Portal which will forward notice of electronic filing to all counsel of record, and have also served the foregoing by US Mail to: **Yesica Peraza**, 7950 NW 11th Street, Pembroke Pines, FL 33024, on this 6th day of February, 2019.

             By: /s/ Matt Tornincasa
                 Matthew Tornincasa, Esq..