UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-20052-FAM

YESICA PERAZA,

        Plaintiff,
v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
POLLACK & ROSEN P.A., JOSEPH F. ROSEN, ESQ.,
DAVID MICHEAL KAMINSKI, ESQ.,
MELANIE WASEMAN, ESQ.

        Defendants.
_____/

## NOTICE OF AGREEMENT

Comes Now, POLLACK & ROSEN P.A., JOSEPH F. ROSEN, ESQ., DAVID MICHEAL KAMINSKI, ESQ., and MELANIE WASEMAN, ESQ. and hereby notify the Court that Plaintiff's counsel has agreed to the relief requested in their Motion for Extension of Time to Respond to the Complaint [D.E. 7]and to the Court's entry of an order extending the deadline to respond to the Complaint by twenty (20) days.

Dated: February 6, 2019

        **SHENDELL & POLLOCK, P.L.**
        2700 North Military Trail, Suite 150
        Boca Raton, Florida 33431
        Tel: (561) 241-2323
        Fax: (561) 241-2330

        By: /s/ Matt Tornincasa, Esq.
            Brett R. Bloch, Esq.
            FBN: 0490891
            Matthew A. Tornincasa, Esq.
            FBN: 0057698
            brett@shendellpolock.com
            matt@shendellpolock.com
            jennifer@shendellpollock
            grs@shendellpollock.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using Florida Court's E-Filing Portal which will forward notice of electronic filing to all counsel of record and have also served the foregoing by US Mail to: **Yesica Peraza**, 7950 NW 11th Street, Pembroke Pines, FL 33024, on this 6th day of February, 2019.

/s/Matt Tornincasa_____
Matthew Tornincasa, Esq.