**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

YESICA PERAZA,

      Plaintiff,

                                    Case No. 1:19-cv-20052-FAM

    v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
POLLACK & ROSEN P.A.,
JOSEPH F. ROSEN, ESQ.,
DAVID MICHEAL KAMINSKI, ESQ.,
and MELANIE WASEMAN, ESQ.

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ethan G. Ostroff of the law firm of Troutman Sanders LLP, 222 Central Park Avenue, Suite 2000, Virginia Beach, VA 23462, 757-687-7500 for purposes of appearance as co-counsel on behalf of Defendant Portfolio Recovery Associates, LLC ("PRA") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ethan G. Ostroff to receive electronic filings in this case, and in support thereof states as follows:

      1.     Ethan G. Ostroff is not admitted to practice in the Southern District of Florida and is a member in good standing of the Virginia State Bar, No. 71610 and the following Courts: United States District Court of Virginia, Eastern and Western Districts; United States Bankruptcy Court of

Virginia, Eastern and Western Districts; the Supreme Court of Virginia; Second Circuit Court of Appeals; Third Circuit Court of Appeals; Fourth Circuit Court of Appeals; Eleventh Circuit Court of Appeals; United States District Court of Michigan, Eastern and Western Districts; United States Bankruptcy Court of Michigan, Eastern and Western Districts; United States District Court for the District of Colorado; United States District Court of Wisconsin, Eastern and Western Districts; United States District Court of Illinois, Northern and Southern Districts; United States District Court of Texas, Eastern, Western, Northern and Southern Districts; and, the United States District Court of Indiana, Southern and Northern Districts; United States District Court of New York, Western District; United States District Court of Ohio, Northern District; and, United States District Court of Tennessee, Western District.

2. Movant, John S. Gibbs, III, Esquire, of the law firm of Troutman Sanders, LLP, 600 Peachtree Street, Suite 3000, Atlanta, Georgia, 30308, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures, and who will fulfill all the duties required of local counsel as set forth in Local Rule 4(b)(3). *See* also Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ethan G. Ostroff has made payment of this Court's $75 admission fee. His certification in accordance with Rule 4(b) is attached hereto.

4.      Ethan G. Ostroff, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ethan Ostroff at email address: ethan.ostroff@troutman.com; fslecfintake@troutman.com.

WHEREFORE, John S. Gibbs, III, moves this Court to enter an Order allowing Ethan G. Ostroff to appear before this Court on behalf of Defendant PRA for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ethan G. Ostroff.

**CONSENT TO LOCAL COUNSEL DESIGNATION**

Movant, John S. Gibbs, III, Esquire, of the law firm of Troutman Sanders, LLP, 600 Peachtree Street, Suite 3000, Atlanta, Georgia, 30308, consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures, and who will fulfill all the duties required of local counsel as set forth in Local Rule 4(b)(3).  *See* also Section 2B of the CM/ECF Administrative Procedures. Movant's contact information as follows: John S. Gibbs, III, Esquire, Troutman Sanders, LLP, 600 Peachtree Street, Suite 3000, Atlanta, GA 30308, (404) 885-3093, evan.gibbs@troutman.com.

Dated: April 2, 2019                                              By:  /s/ John S. Gibbs III
                                                                                      John S. Gibbs III
                                                                                      Florida Bar No. 91102

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to provide notice of the request for admission *pro hac vice* of Ethan G. Ostroff on behalf of Defendant PRA. To date, counsel for all parties or non-parties have consented to an Order being entered to allow Ethan G. Ostroff to appear before this Court on behalf of Defendant PRA.

Date: April 2, 2019

                                               Respectfully submitted,

                                               **PORTFOLIO RECOVERY ASSOCIATES, LLC**

                                               By: /s/ John S. Gibbs III
                                                          John S. Gibbs III
                                                          Florida Bar No. 91102
                                                          TROUTMAN SANDERS LLP
                                                          600 Peachtree Street, Suite 3000
                                                          Atlanta, Georgia 30308
                                                          Telephone: (404) 885-3093
                                                          Facsimile: (404) 885-3900
                                                          E-mail: evan.gibbs@troutman.com
                                                          *Counsel for Portfolio Recovery Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

YESICA PERAZA,

      Plaintiff,

                                  Case No. 1:19-cv-20052-FAM

  v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
POLLACK & ROSEN P.A.,
JOSEPH F. ROSEN, ESQ.,
DAVID MICHEAL KAMINSKI, ESQ.,
and MELANIE WASEMAN, ESQ.

      Defendants.

_____/

**CERTIFICATION OF ETHAN G. OSTROFF**

Ethan G. Ostroff, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Virginia State Bar, No. 71610, as well as the following Courts: the Supreme Court of Virginia; United States District Court of Virginia, Eastern and Western Districts; United States Bankruptcy Court of Virginia, Eastern and Western Districts; Second Circuit Court of Appeals; Third Circuit Court of Appeals; Fourth Circuit Court of Appeals; Eleventh Circuit Court of Appeals; United States District Court of Michigan, Eastern and Western Districts; United States Bankruptcy Court of Michigan, Eastern and Western Districts; United States District Court for the District of Colorado; United States District Court of Wisconsin, Eastern and Western Districts; United States District Court of Illinois, Northern and Southern Districts; United States District Court of Texas,

5

Eastern, Western, Northern and Southern Districts; United States District Court of Indiana, Southern and Northern Districts; United States District Court of New York, Western District; United States District Court of Ohio, Northern District; and, United States District Court of Tennessee, Western District.

I hereby designate local counsel as John S. Gibbs, III, Esquire, of Troutman Sanders, LLP, 600 Peachtree Street, Suite 3000, Atlanta, GA 30308, (404) 885-3093, evan.gibbs@troutman.com a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures, and who will fulfill all the duties required of local counsel as set forth in Local Rule 4(b)(3).  *See* also Section 2B of the CM/ECF Administrative Procedures. John S. Gibbs', III, contact information as follows: John S. Gibbs, III, Esquire, Troutman Sanders, LLP, 600 Peachtree Street, Suite 3000, Atlanta, GA 30308, (404) 885-3093, evan.gibbs@troutman.com.

/s/ Ethan G. Ostroff
Ethan G. Ostroff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2019 a true and correct copy of the foregoing *Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings* was served with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Pollack & Rosen, P.A., Joseph F. Rosen,
David Micheal Kaminski, and Melanie Waseman**
Matthew Anthony Tornincasa
SHENDELL & POLLOCK PL
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431

I HEREBY FURTHER CERTIFY that on April 2, 2019 a true and correct copy of the foregoing *Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings* was served with the Clerk of the Court using the CM/ECF system, and sent via U.S. Mail, postage prepaid, to the following:

**Pro Se Plaintiff**
Yesica Peraza
7950 NW 11 Street
Pembroke Pines, FL 33024

/s/ John S. Gibbs III
John S. Gibbs III
Florida Bar No. 91102
*Counsel for Portfolio Recovery Associates LLC*