UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20052-CIV-MORENO

YESICA PERAZA,

       Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC, POLLACK & ROSEN P.A., JOSEPH F. ROSEN, ESQ., DAVID MICHAEL KAMINSKI, ESQ., and MELANIE WASEMAN, ESQ.,

       Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 29)**, filed on **May 20, 2019**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 of May 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record